# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20250

United States Court of Appeals
Fifth Circuit

**FILED**

November 8, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN JOSE NAVARRO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-1963
USDC No. 4:05-CR-300-2

Before JOLLY, DAVIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Juan Jose Navarro, federal prisoner # 39774-179, moves for a certificate of appealability (COA) to appeal the district court's orders denying his motion to amend his 28 U.S.C. § 2255 motion that was denied in 2008. As Navarro is not seeking to appeal from the final order in a habeas proceeding, he does not need a COA. *See* 28 U.S.C. § 2253(c)(1). A COA is therefore DENIED as unnecessary. *See id.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20250

Navarro's motion, filed more than seven years after the finality of his § 2255 proceeding, was a "meaningless, unauthorized motion" over which the district court lacked jurisdiction.  *See United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994).  Because Navarro has appealed from the denial of unauthorized motion, we AFFIRM the district court's ruling.